```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PHILADELPHIA INDEMNITY INSURANCE                            :
COMPANY et al.,                                             :
                                                            :
                                    Plaintiffs,             :      21-CV-6364 (VSB)
                                                            :
                 -against-                                  :          ORDER
                                                            :
CHARTER OAK FIRE INSURANCE                                  :
COMPANY,                                                    :
                                                            :
                                    Defendant.              :
                                                            :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2021

VERNON S. BRODERICK, United States District Judge:

Plaintiffs filed this action on July 27, 2021, (Doc. 1), and filed an affidavit of service on August 5, 2021, (Doc. 6). The deadline for Defendant to respond to Plaintiffs' complaint was August 20, 2021. (*See id*.) To date, Defendant has not responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than September 27, 2021. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   August 26, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge